**MOCONV, DISMISSED, CLOSED, APPEAL, MEANSNO**

# U.S. Bankruptcy Court
## Northern District of Illinois (Eastern Division)
### Bankruptcy Petition #: 22-04971

| | |
|---|---|
| *Assigned to:* Honorable Judge Timothy A. Barnes | *Date filed:* 04/29/2022 |
| Chapter 7 | *Date terminated:* 02/21/2023 |
| Voluntary | *Debtor dismissed:* 02/15/2023 |
| No asset | *341 meeting:* 06/24/2022 |
| | *Deadline for objecting to discharge:* 10/24/2022 |
| | *Deadline for financial mgmt. course:* 07/26/2022 |

*Debtor disposition:* Dismissed for Other Reason

**Debtor 1**
**Robbie A Austin**
8410 South Dorchester Avenue
Chicago, IL 60619
COOK-IL
SSN / ITIN: xxx-xx-6256

represented by **Gregory K Stern**
Gregory K. Stern, P.C.
53 West Jackson Blvd.
Suite 1442
Chicago, IL 60604
312 427-1558
Fax : 312 427-1289
Email: greg@gregstern.com

**Trustee**
**Ira Bodenstein**
Cozen O'Connor
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
312-474-1647

**U.S. Trustee**
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

represented by **Jeffrey L. Gansberg**
Office of the United States Trustee
219 S. Dearborn
Suite 873
Chicago, IL 60604
312-886-5785
Email: jeffrey.l.gansberg@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 04/29/2022 | 1 (51 pgs; 2 docs) | Chapter 7 Voluntary Petition for Individual Fee Amount $338, Filed by Gregory K Stern on behalf of Robbie A Austin (Attachments: # 1 Signature Pages) (Stern, Gregory) (Entered: 04/29/2022) |
| 04/29/2022 | 2 (4 pgs) | Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) and Statement of Exemption from Presumption of Abuse Form 122A-1Supp The Debtor has Primarily Non-Consumer Debts. Filed by Gregory K Stern on behalf of Robbie A Austin. (Stern, Gregory) |

| | | |
|---|---|---|
| | | (Entered: 04/29/2022) |
| 04/29/2022 | 3 (1 pg) | Statement About Your Social Security Numbers Filed by Gregory K Stern on behalf of Robbie A Austin. (Stern, Gregory) (Entered: 04/29/2022) |
| 04/29/2022 | 4 (1 pg) | Certificate of Credit Counseling Filed by Gregory K Stern on behalf of Robbie A Austin. (Stern, Gregory) (Entered: 04/29/2022) |
| 04/29/2022 | 5 | Receipt of Voluntary Petition (Chapter 7)( 22-04971) [misc,volp7a] ( 338.00) Filing Fee. Receipt number A44707256. Fee Amount $ 338.00 (Stern, Gregory) (re:Doc# 1) (U.S. Treasury) (Entered: 04/29/2022) |
| 04/29/2022 | 6 | Meeting of Creditors with 341(a) meeting to be held on 5/27/2022 at 01:00 PM at Appear By VIDEO Chapter 7/13 Western 7 Eastern. Financial Management Course due:7/26/2022. Last day to object to discharge is 7/26/2022. Last day to object to dischargeability is 7/26/2022. (Auto Assign, Admin) (Entered: 04/29/2022) |
| 05/02/2022 | 7 | Notice of Debtor's Prior Filings<br><br>| Debtor | Case No | Note |<br>|---|---|---|<br>| Robbie A Austin | 14-13468 | Ch13 filed in Illinois Northern Bankruptcy on 04/11/2014, Dismissed for Other Reason on 09/29/2014 |<br><br>.(Admin) (Entered: 05/02/2022) |
| 05/02/2022 | 8 (2 pgs) | Notice of Chapter 7 Bankruptcy Case. No Proof of Claim Deadline . (Rodarte, Aida) (Entered: 05/02/2022) |
| 05/04/2022 | 9 (4 pgs) | BNC Certificate of Notice - Meeting of Creditors. (RE: 8 Notice of Chapter 7 Bankruptcy Case). No. of Notices: 4. Notice Date 05/04/2022. (Admin.) (Entered: 05/04/2022) |
| 05/09/2022 | 10 (7 pgs) | Amended Statement of Financial Affairs for Individual Filed by Gregory K Stern on behalf of Robbie A Austin. (Stern, Gregory) (Entered: 05/09/2022) |
| 05/19/2022 | 11 (1 pg) | Personal Financial Management Course for Debtor. (Geving, Allison) (Entered: 05/19/2022) |
| 05/31/2022 | 12 | Statement Adjourning 341(a)Meeting of Creditors on 6/24/2022 at 11:00 AM at Appear By VIDEO. See details at www.justice.gov/ust/file/ILN.pdf/download.. (Bodenstein, Ira) (Entered: 05/31/2022) |
| 06/15/2022 | 13 (24 pgs; 2 docs) | Reaffirmation Agreement (Signed by Attorney for Debtor) with U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R3, Mortgage-Backed Notes, Series 2020-R3 Filed by Susan J. Notarius on behalf of U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R3, Mortgage-Backed Notes, Series 2020-R3. (Attachments: # 1 Exhibit) (Notarius, Susan) (Entered: 06/15/2022) |

| | | |
|---|---|---|
| 06/16/2022 | ●14 | Reaffirmation Agreement Reviewed - No Presumption of Undue Hardship (RE: 13 Reaffirmation Agreement). (Rodarte, Aida) (Entered: 06/16/2022) |
| 07/07/2022 | ●15 | Chapter 7 Trustee's Report of No Distribution: I, Ira Bodenstein, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned (without deducting any secured claims): $ 746095.27, Assets Exempt: Not Available, Claims Scheduled: $ 349773.44, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 349773.44. (Bodenstein, Ira) (Entered: 07/07/2022) |
| 07/13/2022 | ●16 (6 pgs; 2 docs) | Notice of Motion and Motion Rule 2004 Examination of the Debtor Filed by Patrick S Layng Hearing scheduled for 7/27/2022 at 09:00 AM at Appear Using Zoom for Government - Judge Barnes. (Attachments: # 1 Proposed Order) (Gansberg, Jeffrey) (Entered: 07/13/2022) |
| 07/13/2022 | ●17 (5 pgs; 2 docs) | Notice of Motion and Motion to Extend Time to File Objection to Discharge Under 727, Notice of Motion and Motion to Extend Time to Dismiss Filed by Patrick S Layng Hearing scheduled for 7/27/2022 at 09:00 AM at Appear Using Zoom for Government - Judge Barnes. (Attachments: # 1 Proposed Order) (Gansberg, Jeffrey) (Entered: 07/13/2022) |
| 07/27/2022 | ●18 (1 pg) | (E)Order Granting Motion for Rule 2004 (Related Doc # 16 ). Signed on 07/27/2022. (McClendon, Annette) (Entered: 07/27/2022) |
| 07/27/2022 | ●19 (1 pg) | Order Granting Motion Extending Time to File Objection to Discharge Under 727 for the US Trustee (Related Doc # 17), Granting Motion to Extend Time to Dismiss (Related Doc # 17). Last day to object to discharge is 10/24/2022. Extending time to Dismiss through 10/24/2022. Signed on 7/27/2022. (Reed, Yashica) (Entered: 07/28/2022) |
| 09/06/2022 | ●20 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Filed a Report of No Distribution. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 9/6/2022) Filed by Trustee Ira Bodenstein (RE: 15 Chapter 7 Trustee's Report of No Distribution). (Bodenstein, Ira) (Entered: 09/06/2022) |

| | | |
|---|---|---|
| 10/06/2022 | 21 (4 pgs) | Amended Schedules I, Filed by Gregory K Stern on behalf of Robbie A Austin. (Stern, Gregory) (Entered: 10/06/2022) |
| 10/20/2022 | 22 (19 pgs; 4 docs) | Notice of Motion and Motion to Dismiss Debtor, Notice of Motion and Motion to Convert Case From Chapter 7 to 11. Filed by Patrick S Layng Hearing scheduled for 11/2/2022 at 09:00 AM at Appear Using Zoom for Government - Judge Barnes. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Proposed Order) (Gansberg, Jeffrey) (Entered: 10/20/2022) |
| 10/24/2022 | 23 (19 pgs; 4 docs) | Amended Notice of Motion Filed by U.S. Trustee Patrick S Layng (RE: 22 Motion to Dismiss, Motion to Convert Case From Chapter 7 to 11). Hearing scheduled for 11/30/2022 at 09:00 AM at Appear In Courtroom 744, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Barnes. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Proposed Order)(Gansberg, Jeffrey) (Entered: 10/24/2022) |
| 10/24/2022 | 24 (2 pgs) | Certificate of Service Filed by U.S. Trustee Patrick S Layng (RE: 23 Amended Notice of Motion / Hearing). (Gansberg, Jeffrey) (Entered: 10/24/2022) |
| 11/01/2022 | 25 (2 pgs) | Notice of Objection Filed by Gregory K Stern on behalf of Robbie A Austin (RE: 22 Motion to Dismiss, Motion to Convert Case From Chapter 7 to 11). (Stern, Gregory) (Entered: 11/01/2022) |
| 11/30/2022 | 26 | (E)Hearing Continued (RE: 22 Dismiss Case for Other Reasons; Convert Case 7 to 11). hearing scheduled for 02/15/2023 at 10:00 AM at Appear in Courtroom 744, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Barnes.. Signed on 11/30/2022. (Keith-Anderson, Cynthia) (Entered: 11/30/2022) |
| 11/30/2022 | 27 (1 pg) | Order Scheduling (RE: 22 Motion to Dismiss, Motion to Convert Case From Chapter 7 to 11). Response due by 1/11/2023.Reply due by: 1/27/2023.Hearing continued on 2/15/2023 at 10:00AM at Appear In Courtroom 744, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Barnes. Signed on 11/30/2022 (Chavez, Baldo) (Entered: 11/30/2022) |
| 01/11/2023 | 28 (12 pgs) | Response in Opposition to (related document(s): 22 Motion to Dismiss, Motion to Convert Case From Chapter 7 to 11) Filed by Gregory K Stern on behalf of Robbie A Austin (Stern, Gregory) (Entered: 01/11/2023) |
| 01/11/2023 | 29 (2 pgs) | Notice of Filing Filed by Gregory K Stern on behalf of Robbie A Austin (RE: 28 Response). (Stern, Gregory) (Entered: 01/11/2023) |
| 01/27/2023 | 30 (33 pgs; 6 docs) | Reply in Support to (related document(s): 22 Motion to Dismiss, Motion to Convert Case From Chapter 7 to 11) Filed by Jeffrey L. Gansberg on behalf of Patrick S Layng (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit C # 5 Exhibit D) (Gansberg, Jeffrey) (Entered: 01/27/2023) |

| | | |
|---|---|---|
| 01/27/2023 | 31 (2 pgs) | Certificate of Service Filed by U.S. Trustee Patrick S Layng (RE: 30 Reply). (Gansberg, Jeffrey) (Entered: 01/27/2023) |
| 02/15/2023 | 32 (2 pgs; 2 docs) | Order Granting Trustee's Motion To Dismiss Debtor for the reasons stated on the record (Related Doc # 22). Signed on 2/15/2023. (Chavez, Baldo) (Entered: 02/16/2023) |
| 02/18/2023 | 33 (3 pgs) | BNC Certificate of Notice - Notice of Dismissal (RE: 32 Order on Trustee's Motion to Dismiss). No. of Notices: 4. Notice Date 02/18/2023. (Admin.) (Entered: 02/18/2023) |
| 02/21/2023 | 34 | Bankruptcy Case Closed and Trustee Discharged . (Chavez, Baldo) (Entered: 02/21/2023) |
| 03/01/2023 | 35 (4 pgs; 2 docs) | Notice of Appeal to District Court. Filed by Gregory K Stern on behalf of Robbie A Austin. Fee Amount $298 (RE: 32 Order on Trustee's Motion to Dismiss). Appellant Designation due by 03/15/2023. Transmission of Record Due no later than 03/31/2023. (Attachments: # 1 Civil Cover Sheet)(Stern, Gregory) (Entered: 03/01/2023) |
| 03/01/2023 | 36 | Receipt of Notice of Appeal( 22-04971) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A45805107. Fee Amount $ 298.00 (Stern, Gregory) (re:Doc# 35) (U.S. Treasury) (Entered: 03/01/2023) |
| 03/02/2023 | 37 (1 pg) | Certificate of Service (RE: 35 Notice of Appeal). (Sims, Lakeysha) (Entered: 03/02/2023) |